O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SHAVON MARIE SMITH, | Case № 8:22-cv-01140-ODW (JPRx) |
|       Plaintiff, | |
|    v. | **JUDGMENT** |
| KILOLO KIJAKAZI, | |
|       Defendant. | |

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

**IT IS SO ORDERED.**

October 26, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

1